# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Candice A. Jefferson,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 11-00184-CV-W-JTM |
| | ) |
| **Ray H. LaHood,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER GRANTING 60-DAY EXTENSION
## OF TIME TO FILE PROPOSED SCHEDULING ORDER

In light of the fact that the Court has granted a 60 day extension of time to file a response to the motion to dismiss, the deadline for filing the Proposed Scheduling Order is likewise extended. Accordingly, it is

**ORDERED** that the deadline for filing the Proposed Scheduling Order is extended to December 18, 2011

        */s/ John T. Maughmer*
        **JOHN T. MAUGHMER**
        **U. S. MAGISTRATE JUDGE**